IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-0400-GEB |
| Plaintiff, | |
| v. | ORDER |
| DANIEL RAYMOND LECLERC, | |
| Defendant. | |

The United States is requested to file a response to Defendant's Motion for Return of Property, which was filed on November 9, 2011. (ECF No. 84.)

IT IS SO ORDERED.

Dated: November 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge